# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA   :

vs.                        : CRIMINAL NO.: 17-00021-WS-B

CHEYENNE LYND STEINER      :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 293) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count One and Twelve of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **October 19, 2017 at 10:00 a.m.** in Courtroom 2A before the undersigned.

**DONE and ORDERED** this the 1st day of September, 2017.


                                                  s/William H. Steele  
                                                UNITED STATES DISTRICT JUDGE